UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DUSTIN SWANDA,                                             CIV No. 10-970 (MJD/JSM)

    Plaintiff

                                                      ORDER

v.

MINNESOTA STATE PATROL,
SARAH LEWIS, MINNESOTA
DEPARTMENT OF PUBLIC SAFETY,
BRYAN BEARCE, RAMSEY COUNTY,
RAMSEY COUNTY ATTORNEY'S OFFICE,
and JOHN CHOI,

    Defendants.

The above matter came on before the Court on the Corrected Amended Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated January 24, 2012. [Docket No. 67]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all the files, records and proceedings herein, the Court now makes and enters the following Order.

    IT IS HEREBY ORDERED that:

1. Defendants Ramsey County Attorney and Sarah A. Lewis' Motion to Dismiss or, in the Alternative, for Summary Judgment [Docket No. 31] is dismissed as moot.

2. Minnesota Department of Public Safety, the Minnesota State Patrol, Trooper Bryan Bearce and Attorney General Lori Swanson's Motion to Dismiss, or in the Alternative for Summary Judgment [Docket No. 37] is dismissed as moot.

3.  The parties shall comply with paragraphs 3-14 of Magistrate Judge Mayeron's Corrected Amended Report and Recommendation [Docket No. 67]

Dated: February 14, 2012         s/Michael J. Davis
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court