UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DUSTIN SWANDA, and
MALONNIE SWANDA-MORRISON,

Civil No. 10-970 (MJD/JSM)

ORDER

Plaintiffs

v.

JOHN CHOI, INDIVIDUALLY & OFFICIALLY,
MINNESOTA DEPARTMENT OF PUBLIC SAFETY,
MINNESOTA STATE PATROL,
RAMSEY COUNTY AND COUNTY ATTORNEY'S OFFICE,
BRYAN BEARCE, INDIVIDUALLY & IN HIS OFFICIAL CAPACITY, and
SARAH LEWIS, INDIVIDUALLY & IN HER OFFICIAL CAPACITY,

Defendants.

This matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 3, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

Defendants Ramsey County, Ramsey County Attorney's Office, John Choi and Sarah Lewis's Motion to Dismiss or in the Alternative for Summary Judgment [Docket No. 69] is **GRANTED** and this matter is dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: September 4, 2012

s/Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court